

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: 518-776-2606

January 13, 2022

Hon. Christian F. Hummel
United States Magistrate Judge
U.S. District Court, Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, New York 12207

    Re:    *Home for the Aged of the Little Sisters of the Poor, et al. v. Bassett*
            U.S. District Court, Northern District of New York
            21-CV-1384 (BKS/CFH)

Dear Judge Hummel:

    This office represents Defendant, Mary T. Bassett, Commissioner of the Department of Health of the State of New York ("Defendant" or "Commissioner") in the above-referenced action.

    I have received the file for this case within the past few days, and I write to request a 60-day extension of time to March 28, 2022, to answer or otherwise respond to the Complaint in this matter. This extension of time is necessary to permit counsel to confer with Defendant and to review the facts and documents in this matter. Additionally, since the public comment period for the regulations at issue is scheduled to close on January 18, 2022, the Commissioner believes that the factual and legal issues will become clearer in the coming weeks.

    I have conferred with Cornelius Murray, Esq., counsel for Plaintiffs, who consents to this request. This is a first request for an extension in this matter. Accordingly, Defendant respectfully requests that the Court grant an extension of Defendant's time to answer or otherwise respond in this matter to March 28, 2022.

    Thank you for your consideration in this matter.

                              Respectfully,

                              s/ Shannan C. Krasnokutski

                              Shannan C. Krasnokutski

January 13, 2022
Page 2

                                              Assistant Attorney General
                                              Bar Roll No. 512932
                                              Shannan.Krasnokutski@ag.ny.gov

cc:    Cornelius Murray, Esq. (via ECF)
        *Attorney for Plaintiffs*

Case 1:21-cv-01384-BKS-CFH   Document 6   Filed 01/13/22   Page 2 of 2